Fill in this information to identify the case:

United States Bankruptcy Court for the:

**EASTERN** District of **NEW YORK**
(State)

Case number (if known): _____ Chapter **11**

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2017 DEC 12 P 3: 27

RECEIVED

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | **VINCENT DiCANIO QUALIFIED PERSONAL RESIDENCE TRUST** |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |
| 3. **Debtor's federal Employer Identification Number (EIN)** | **27-6333077** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1    PINE POINT**<br>Number    Street | Number    Street |
| **NISSEQUOGUE NY 11780**<br>City    State    ZIP Code | P.O. Box |
| | City    State    ZIP Code |
| **SUFFOLK**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number    Street |
| | City    State    ZIP Code |

5. **Debtor's website (URL)**    _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☒ Other. Specify: **TRUST**

Debtor   VINCENT DiCANIO QUALIFIED PERSONAL
         Name    RESIDENCE TRUST                    Case number (if known)_____

| 7. Describe debtor's business | A. Check one: |
|---|---|

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 2 5 9

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY

       District _____ When _____ Case number _____
                                    MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

       District _____ When _____
                                    MM / DD / YYYY

       Case number, if known _____

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 2

Debtor  VINCENT DiCANIO QUALIFIED PERSONAL
        RESIDENCE TRUST                              Case number (if known)_____
        Name

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other FORECLOSURE AND SALE

Where is the property?  1    PINE POINT
                       Number    Street

NISSEQUOGUE          N.Y    11780
City                 State    ZIP Code

Is the property insured?

☐ No

☑ Yes. Insurance agency COASTAL AGENTS ALLIANCE

Contact name   ALYSSA

Phone   (631) 361-5005

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Debtor  __VINCENT DiCANIO QUALIFIED__          Case number (if known)_____
Name    __PERSONAL RESIDENCE TRUST__

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐  I have been authorized to file this petition on behalf of the debtor.

☐  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __12 / 12 / 2017__
            MM  / DD / YYYY

**X** _Vincent F. DiCanio_          __VINCENT F. DiCANIO__
Signature of authorized representative of debtor          Printed name

Title __TRUSTEE__

**18. Signature of attorney**

**X** _____          Date _____
Signature of attorney for debtor                  MM  / DD / YYYY

Printed name
_____

Firm name
_____

Number      Street
_____

City                        State      ZIP Code
_____

Contact phone                Email address
_____

Bar number                   State
_____

Fill in this information to identify the case:

Debtor name VINCENT DiCANIO QUALIFED PERSONAL
RESIDENCE TRUST
United States Bankruptcy Court for the:     EASTERN     District of NEW YORK
                                                                    (State)

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 N/A | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor  VINCENT DICANIO QUALIFLED
         PERSONAL RESIDENCE TRUST
         Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Fill in this information to identify the case:

Debtor name VINCENT DiCANIO QUALIFIED PERSONAL RESIDENCE TRUST

United States Bankruptcy Court for the: EASTERN District of NEW YORK
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

<hr>

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B* ..................................................................................................   $ 1.6 MILLION

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B* ..............................................................................................   $ _____

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B* ................................................................................................   $ 1.6 MILLION

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............   $ 3,510,516 25

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................................   $ 0

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ..............   + $ 0

4. **Total liabilities** ..........................................................................................................
   Lines 2 + 3a + 3b   $ 3,510,516 25

Fill in this information to identify the case:

Debtor name VINCENT DiCANIO QUALIFIED PERSONAL RESIDENCE TRUST

United States Bankruptcy Court for the: EASTERN    District of NEW YORK
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. Cash on hand $_____

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. Other cash equivalents *(Identify all)*

4.1. _____ $_____
4.2. _____ $_____

5. Total of Part 1

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. $_____

### Part 2:    Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

7. Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

7.1. _____ $_____
7.2. _____ $_____

Debtor **VINCENT DiCANIO QUALIFIED PERSONAL RESIDENCE TRUST**
　　　Name

Case number (if known)_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

### Part 3:　Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

| | | | Current value of debtor's interest |
|---|---|---|---|
| 11a. 90 days old or less: | _____ – face amount | _____ = ......➔ doubtful or uncollectible accounts | $_____ |
| 11b. Over 90 days old: | _____ – face amount | _____ = ......➔ doubtful or uncollectible accounts | $_____ |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

### Part 4:　Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. __N/A_____    _____    $_____

14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:　　　　　　　　　　　　　% of ownership:

15.1. __N/A_____    _____%    _____    $_____

15.2. _____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. __N/A_____    _____    $_____

16.2. _____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor  VINCENT DiCANIO QUALIFIED
Name   PERSONAL RESIDENCE TRUST

Case number (if known)_____

## Part 5:  Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. Total of Part 5

Add lines 19 through 22. Copy the total to line 84.

$_____

24. Is any of the property listed in Part 5 perishable?

☒ No

☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

☒ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?

☒ No

☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor   VINCENT DiCANio QUALIFIED
         Name   PERSONAL RESIDENCE TRUST          Case number (if known)_____

33. Total of Part 6.
    Add lines 28 through 32. Copy the total to line 85.                          $_____

34. Is the debtor a member of an agricultural cooperative?
    ☒ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
            ☐ No
            ☐ Yes

35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
    ☒ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. Is a depreciation schedule available for any of the property listed in Part 6?
    ☒ No
    ☐ Yes

37. Has any of the property listed in Part 6 been appraised by a professional within the last year?
    ☒ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|--------------------------------------------------------------|

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    ☒ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 39. Office furniture | $_____ | _____ | $_____ |
| 40. Office fixtures | $_____ | _____ | $_____ |
| 41. Office equipment, including all computer equipment and communication systems equipment and software | $_____ | _____ | $_____ |
| 42. Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. Total of Part 7.
    Add lines 39 through 42. Copy the total to line 86.                          $_____

44. Is a depreciation schedule available for any of the property listed in Part 7?
    ☐ No
    ☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

Debtor  VINCENT DiCANIO QUALIFIED
        Name  PERSONAL RESIDENCE TRUST          Case number *(if known)*_____

## Part 8:  Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

47.1 N/A_____  $_____  _____  $_____

47.2_____  $_____  _____  $_____

47.3_____  $_____  _____  $_____

47.4_____  $_____  _____  $_____

48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 N/A_____  $_____  _____  $_____

48.2_____  $_____  _____  $_____

49. Aircraft and accessories

49.1 N/A_____  $_____  _____  $_____

49.2_____  $_____  _____  $_____

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

_____  $_____  _____  $_____

51. Total of Part 8.
Add lines 47 through 50. Copy the total to line 87.                     $_____

52. Is a depreciation schedule available for any of the property listed in Part 8?

☒ No

☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?

☒ No

☐ Yes

Debtor   VINCENT DiCANIO QUALIFIED
         Name PERSONAL RESIDENCE TRUST            Case number (if known)_____

## Part 9:   Real property

54. Does the debtor own or lease any real property?
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 1 PINE PONT, NISSEQUOGLE, NY 100% | | $_____ | VALUATION LETTER | 1.6 MILLION |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. Total of Part 9.
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.      $_____

57. Is a depreciation schedule available for any of the property listed in Part 9?
☒ No
☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
☐ No
☒ Yes

## Part 10:   Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?
☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $_____ | _____ | $_____ |
| 61. Internet domain names and websites | $_____ | _____ | $_____ |
| 62. Licenses, franchises, and royalties | $_____ | _____ | $_____ |
| 63. Customer lists, mailing lists, or other compilations | $_____ | _____ | $_____ |
| 64. Other Intangibles, or intellectual property | $_____ | _____ | $_____ |
| 65. Goodwill | $_____ | _____ | $_____ |

66. Total of Part 10.
Add lines 60 through 65. Copy the total to line 89.      $_____

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 6

Debtor  VINCENT DiCANIO QUALIFIED
        <u>Name</u>
        PERSONAL RESIDENCE TRUST          Case number *(if known)*_____

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No

☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☒ No

☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?

☒ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70.** Does the debtor own any other assets that have not yet been reported on this form?

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

Current value of
debtor's interest

**71.** Notes receivable

Description (include name of obligor)

_____  —  _____  = →  $_____
                         Total face amount      doubtful or uncollectible amount

**72.** Tax refunds and unused net operating losses (NOLs)

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

**73.** Interests in insurance policies or annuities

_____    $_____

**74.** Causes of action against third parties (whether or not a lawsuit has been filed)

_____    $_____

Nature of claim       _____

Amount requested      $_____

**75.** Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

_____    $_____

Nature of claim       _____

Amount requested      $_____

**76.** Trusts, equitable or future interests in property

_____    $_____

**77.** Other property of any kind not already listed  *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

**78.** Total of Part 11.

Add lines 71 through 77. Copy the total to line 90.    $_____

**79.** Has any of the property listed in Part 11 been appraised by a professional within the last year?

☐ No

☐ Yes

Debtor    VINCENT DICANIO QUALIFIED
         Name PERSONAL RESIDENCE TRUST          Case number (if known)_____

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $_____ | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $_____ | |
| 82. Accounts receivable. Copy line 12, Part 3. | $_____ | |
| 83. Investments. Copy line 17, Part 4. | $_____ | |
| 84. Inventory. Copy line 23, Part 5. | $_____ | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $_____ | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $_____ | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $_____ | |
| 88. Real property. Copy line 56, Part 9. .................................................→ | | $1.6 MILLION |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | $_____ | |
| 90. All other assets. Copy line 78, Part 11. | + $_____ | |
| 91. Total. Add lines 80 through 90 for each column...............91a. | $_____ | + 91b. $1.6 MILLION |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ................................................    $1.6 MILLION

Fill in this information to identify the case:

Debtor name VINCENT DICANIO QUALIFIED PERSONAL RESIDENCE TRUST

United States Bankruptcy Court for the: EASTERN    District of NEW YORK
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
PENNY MAC CORP.

Creditor's mailing address
C/O ROSICKI, ROSICKI + ASSOC.
2 SUMMIT COURT
FISH KILL, NY 12524

Creditor's email address, if known

Date debt was incurred MAY 23, 2008
Last 4 digits of account number 8 7 0 3

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority. PENNY MAC CORP 1ST
PEOPLES UNITED BANK 2ND
SUCCESSOR TO BANK OF SMITHTOWN

Describe debtor's property that is subject to a lien
1 PINE POINT. NISSEQUOGUE NY 11780
DIST. 0802 SECT 008 BLK 01
LOT 006.005, 006.006, 006.007

Describe the lien   1ST MORTGAGE

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: 2,660,516.25
Column B: 1.6 MILLION

**2.2** Creditor's name PEOPLES UNITED BANK
SUCCESSOR TO BANK OF SMITHTOWN

Creditor's mailing address
160 MOTOR PARKWAY
SUITE 160 HAUPPAUGE, NY 11788

Creditor's email address, if known
ROBERT. STARON @ PEOPLES.COM

Date debt was incurred AUG 20, 2008 +
MARCH 17, 2009
Last 4 digits of account number 3 7 1 8 +
4 3 2 3

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
1 PINE POINT NISSEQUOGUE 11780s
DIST. 0802 SECT 008 BLK 01
LOT 006.005, 006.006, 006.007

Describe the lien   2ND MORT + HOME EQUITY LOAN

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: 850,000
Column B: 1.6 MILLION

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 3,510,516.25

Fill in this information to identify the case:

Debtor VINCENT DICANIO QUALIFIED PERSONAL
RESIDENCE TRUST
United States Bankruptcy Court for the: EASTERN   District of NEW YORK
(State)

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**2.3** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

Debtor  VINCENT DICANIO QUALIFIED
        Name PERSONAL RESIDENCE TRUST              Case number (if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

                                                                    **Total of claim amounts**

5a. Total claims from Part 1                        5a.    $_____0_____

5b. Total claims from Part 2                        5b.  **+**  $_____0_____

5c. Total of Parts 1 and 2                          5c.    $_____0_____
    Lines 5a + 5b = 5c.

Fill in this information to identify the case:

Debtor name _VINCENT DICANIO QUALIFIED PERSONAL_
_RESIDENCE TRUST_

United States Bankruptcy Court for the: _EASTERN_    District of _NEW YORK_
(State)

Case number (if known): _____    Chapter _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**          State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
|---|---|---|---|
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
|---|---|---|---|
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
|---|---|---|---|
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
|---|---|---|---|
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
|---|---|---|---|
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

Fill in this information to identify the case and this filing:

Debtor Name **VINCENT DiCANIO QUALIFLED PERSONAL RESIDENCE TRUST**

United States Bankruptcy Court for the: **EASTERN**    District of **NEW YORK**
(State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/12/2017**
MM / DD / YYYY

**✗** *Vincent F DiCanio*
Signature of individual signing on behalf of debtor

**VINCENT F. DiCANIO**
Printed name

**TRUSTEE**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **VINCENT DICANIO QUALIFIED PERSONAL RESIDENCE TRUST**

United States Bankruptcy Court for the: **EASTERN**   District of **NEW YORK**
                                                                    (State)

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☑ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

| | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |

Debtor _VINCENT DiCANIO QUALIFIED_    Case number (if known)_____
          Name _PERSONAL RESIDENCE TRUST_

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| **3.1.** | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City        State      ZIP Code | | | ☐ Other _____ |
| **3.2.** | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City        State      ZIP Code | | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| **4.1.** | | | $_____ | _____ |
| | Insider's name | | | _____ |
| | Street | | | |
| | | | | |
| | City        State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| **4.2.** | | | $_____ | _____ |
| | Insider's name | | | _____ |
| | Street | | | |
| | | | | |
| | City        State      ZIP Code | | | |
| | **Relationship to debtor** | | | |

Debtor  VINCENT DICANIO QUALIFIED
        Name
        PERSONAL RESIDENCE TRUST                    Case number (if known) _____

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | PENNY MAC CORP | 1 PINE POINT, NISSEQUE 11780 | MAY 23, 2008 | $ 1. 6 MILLION |
| | Creditor's name | DIST. 0802 SECT 008 BLK 01 | | |
| | C/O ROSICKI, ROSICKI & ASSOC | | | |
| | Street | LOT 006.005, 006.006, 006.007 | | |
| | 2 SUMMIT COURT | | | |
| | FISHKILL NY 12524 | | | |
| | City        State        ZIP Code | | | |
| 5.2. | PEOPLES UNITED BANK | 1 PINE POINT, NISSEQUE 11780 | AUG 20, 2008 | $ 1.6 MILLION |
| | SUCCESSOR TO BANK OF SMITHTOWN | | MAR 17, 16 | |
| | Creditor's name | DIST. 0802 SECT. 008 BLK 01 | 2009 | |
| | 160 MOTOR PARKWAY | | | |
| | Street | LOT 006.005, 006.006, 006.007 | | |
| | SUITE 160. | | | |
| | HAUPPAUGE NY 11788 | | | |
| | City        State        ZIP Code | | | |

---

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| | Last 4 digits of account number: XXXX–__ __ __ __ | | |
| City        State        ZIP Code | | | |

---

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, mediations, arbitrations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | PENNY MAC CORP VS. VINCENT DICANIO QUALIFIED PERSONAL RESIDENCE TRUST, ET AL | FORECLOSURE ACTION | NY STATE SUPREME COURT<br>Name<br>SUFFOLK COUNTY<br>Street<br>1 COURT STREET<br>RIVERHEAD NY 11901<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>15871/2011 | | | |
| 7.2. | Case title | | Court or agency's name and address<br>Name<br>Street<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |

---

Debtor  __VINCENT DICANIO QUALIFIED__     Case number *(if known)*_____
         Name  PERSONAL RESIDENCE TRUST

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| City    State    ZIP Code | Case number | Street |
| | Date of order or assignment | City    State    ZIP Code |

---

### Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City    State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City    State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

### Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss
If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.
List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $_____ |

---

Debtor    VINCENT DiCANIO QUALIFIED
                  Name
          PERSONAL RESIDENCE TRUST          Case number (if known)_____

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | **Address** _____ | _____ | | |
| | Street _____ | | | |
| | City        State    ZIP Code | | | |
| | **Email or website address** _____ | | | |
| | **Who made the payment, if not debtor?** _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** _____ | _____ | | |
| | Street _____ | | | |
| | City        State    ZIP Code | | | |
| | **Email or website address** _____ | | | |
| | **Who made the payment, if not debtor?** _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☐ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| VINCENT DiCANIO QUALFIED PERSONAL RESIDENCE TRUST | 1 PINE POINT NISSEQUOGUE, NY 11780 | NOV. 25, 2009 | $1.6 MILLION |
| Trustee VINCENT F. DiCANIO | | | |

Debtor    Name _VINCENT DiCANIO QUALIFIED_    Case number *(if known)*_____
_PERSONAL RESIDENCE TRUST_

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1.    _____    _____    _____    $_____

   **Address**    _____

   Street    _____

   _____

   City    State    ZIP Code

   **Relationship to debtor**

   _____

   Who received transfer?    _____    _____    $_____

13.2.    **Address**    _____

   Street    _____

   _____

   City    State    ZIP Code

   **Relationship to debtor**

   _____

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | | Dates of occupancy | |
|---|---|---|---|

14.1.    Street    _____    From _____    To _____

   _____

   City    State    ZIP Code

14.2.    Street    _____    From _____    To _____

   _____

   City    State    ZIP Code

Debtor   VINCENT DiCANIO QUALIFIED
         Name   PERSONAL RESIDENCE TRUST          Case number (if known)_____

---

## Part 8:   Health Care Bankruptcies

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**15.1.**

_____
Facility name

_____
Street

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

_____

**How are records kept?**

*Check all that apply:*

_____
City        State       ZIP Code

☐ Electronically
☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**15.2.**

_____
Facility name

_____
Street

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

_____

**How are records kept?**

*Check all that apply:*

_____
City        State       ZIP Code

☐ Electronically
☐ Paper

---

## Part 9:   Personally Identifiable Information

### 16. Does the debtor collect and retain personally identifiable information of customers?

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

### 17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

Name of plan

_____          **Employer identification number of the plan**

EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

☐ No
☐ Yes

---

Debtor   ~Name~ YINCENT DICANIO QUALIFIED
         PERSONAL RESIDENCE TRUST          Case number (if known)_____

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| 18.2. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

Debtor  Name  VINCENT DICANIO QUALIFIED
              PERSONAL RESIDENCE TRUST

Case number (if known)_____

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |

Name _____

Street _____

City        State        ZIP Code

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

□ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

□ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

□ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name | | ☐ Pending |
| | Street | | ☐ On appeal |
| | City        State        ZIP Code | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

Debtor  VINCENT DICAVIO QUALIFIED
Name PERSONAL RESIDENCE TRUST         Case number (if known)_____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City     State     ZIP Code | City     State     ZIP Code | | |

---

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an Interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Name | | Dates business existed |
| | Street | | |
| | | | From _____  To _____ |
| | City     State     ZIP Code | | |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Name | | Dates business existed |
| | Street | | |
| | | | From _____  To _____ |
| | City     State     ZIP Code | | |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Street | | Dates business existed |
| | | | From _____  To _____ |
| | City     State     ZIP Code | | |

---

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 10

**Debtor** VINCENT DiCANIO QUALIFIED PERSONAL RESIDENCE TRUST
Name

Case number (if known) _____

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**Name and address**

26a.1. GULLEN + DANOWSKI, LLP
Name
1650 ROUTE 112
Street
PORT JEFFERSON STATION
PORT JEFFERSON STATION NY 11776-3060
City                                State        ZIP Code

**Dates of service**
From NOV. 25 To PRESENT
2009

**Name and address**

26a.2. _____
Name
_____
Street
_____
City          State          ZIP Code

**Dates of service**
From _____ To _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

**Name and address**

26b.1. _____
Name
_____
Street
_____
City          State          ZIP Code

**Dates of service**
From _____ To _____

**Name and address**

26b.2. _____
Name
_____
Street
_____
City          State          ZIP Code

**Dates of service**
From _____ To _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**

28c.1. CULLEN+ DANOWSKI, LLP
Name
1650 ROUTE 112
Street
PORT JEFFERSON STATION NY 11776-3060
City                          State        ZIP Code

**If any books of account and records are unavailable, explain why**
_____
_____
_____

Debtor    VINCENT DiCANIO QUALIFIED    Case number *(if known)*_____
Name    PERSONAL RESIDENCE TRUST

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name | |
| | Street | |
| | City            State            ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| 26d.1.  Name |
| Street |
| City            State            ZIP Code |
| **Name and address** |
| 26d.2.  Name |
| Street |
| City            State            ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $_____ |

Name and address of the person who has possession of inventory records

| 27.1. | Name |
|---|---|
| | Street |
| | City            State            ZIP Code |

Debtor **VINCENT DICANIO QUALIFIED PERSONAL RESIDENCE TRUST**
Name

Case number (if known)_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.

Name _____

Street _____

_____

City _____ State ____ ZIP Code ____

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Name _____ | _____ | _____ | |
| Street _____ | | _____ | |
| _____ | | _____ | |
| City _____ State __ ZIP Code __ | | _____ | |
| Relationship to debtor _____ | | _____ | |

Debtor **VINCENT DiCANIO QUALIFIED PERSONAL RESIDENCE TRUST**
Name

Case number *(if known)* _____

| Name and address of recipient | | | |
|---|---|---|---|
| 30.2 | | | ___ ___ ___ |
| Name | | | |
| Street | | | ___ |
| City | State | ZIP Code | ___ |
| Relationship to debtor | | | ___ |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12 / 12 / 2017
MM / DD / YYYY

✗ _Vincent F. Di Canio_
Signature of individual signing on behalf of the debtor

Printed name VINCENT F. DiCANIO

Position or relationship to debtor  TRUSTEE

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☒ No

☐ Yes

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
### www.nyeb.uscourts.gov

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

DEBTOR(S): Vincent DiCanio Qualified Personal Residence Trust     CASE NO.:_____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes E.D.N.Y LBR 1073-1 and E.D.N.Y LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ ✓ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐    THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

   CASE PENDING: (YES/NO): _____ [*If closed*] Date of Closing: _____

   CURRENT STATUS OF RELATED CASE: _____
                                                **(Discharged/awaiting discharge, confirmed, dismissed, etc.**

        MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): _____

   • **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - INDIVIDUAL" PART 1 (REAL PROPERTY):**
   REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

   • **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - NON-INDIVIDUAL" PART 9 (REAL PROPERTY):** REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:

   _____

2. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

   CASE PENDING: (YES/NO): _____ [*If closed*] Date of Closing: _____

   CURRENT STATUS OF RELATED CASE: _____
                                                **(Discharged/awaiting discharge, confirmed, dismissed, etc.**

        MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): _____

   • **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - INDIVIDUAL" PART 1 (REAL PROPERTY):**
   REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

   • **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - NON-INDIVIDUAL" PART 9 (REAL PROPERTY):** REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:_____

**[OVER]**

DISCLOSURE OF RELATED CASES (cont'd)

3. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

CASE PENDING: (YES/NO): _____ [*If closed*] Date of Closing: _____

CURRENT STATUS OF RELATED CASE: _____
                            (Discharged/awaiting discharge, confirmed, dismissed, etc.

    MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): _____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF
  RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL
  PROPERTY):** REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN
  SCHEDULE "A/B" OF RELATED CASES:

_____

NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): _____

CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case pending or pending at any time, except as
indicated elsewhere on this form.

_____
**Signature of Debtor's Attorney**

_Vincent DiLuis_
**Signature of Pro-se Debtor/Petitioner**

*1 Pine Point*
**Mailing Address of Debtor/Petitioner**

*Miss Equog Gve, NY 11780*
**City, State, Zip Code**

*vdicanio@dicaniobuilders.com*
**Email Address**

*(516) 361-2772*
**Area Code and Telephone Number**

Failure to fully and truthfully provide all information required by the E.D.N.Y LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or
the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise
result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:

VINCENT DICANIO QUALIFIED
PERSONAL RESIDENCE TRUST

               Debtor(s)

Case No.

Chapter  11

------------------------------------------------------------x

## AFFIRMATION OF FILER(S)

All individuals filing a bankruptcy petition on behalf of a pro se debtor(s), must provide the following information:

Name of Filer:     VINCENT DICANIO

Address:     1 PINE POINT

Email Address:     vdicanio@dicaniobuilders.com

Phone Number:     (516) 361-2772

Name of Debtor(s): VINCENT DICANIO QUALIFIED PERSONAL RESIDENCE TRUST

CHECK THE APPROPRIATE RESPONSES:

## ASSISTANCE PROVIDED TO DEBTOR(S):

____  I PREPARED THE PETITION AND/OR ASSISTED WITH THE PAPERWORK BY DOING THE FOLLOWING: _____

✓  I DID NOT PROVIDE THE PAPERWORK OR ASSIST WITH COMPLETING THE FORMS.

## FEE RECEIVED:

✓  I WAS NOT PAID.

____  I WAS PAID.

          Amount Paid: $ _____.

I/We hereby affirm the information above under the penalty of perjury.

Dated: 12/11/17

_____
Filer's Signature

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

--------------------------------------------------x

In Re:                                                          Case No.

                                                                Chapter   11

VINCENT DICANO QUALIFIED
   PERSONAL RESIDENCE TRUST

                    Debtor(s)

--------------------------------------------------x


## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS


            The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the
creditor matrix/list of creditors submitted herein is true and correct to the best of his or her
knowledge.


Dated:  12/12/17


                                        _____
                                        Debtor

                                        _____
                                        Joint Debtor

                                        s/_____
                                        Attorney for Debtor

Rosicki, Rosicki & Associates, P.C.
Attorneys for Pennymac Corp.
51 East Bethpage Road
Plainview, NY 11803

Rosicki, Rosicki & Associates, P.C.
Attorneys for Pennymac Corp.
2 Summit Court, Ste. 301
Fishkill, NY 12524

People's United Bank
100 Motor Parkway
Suite 160
Hauppauge, NY 11788

Jeffrey B Hulse Esq
Attorney for People's United Bank
295 North Country Road
South Beach NY 11788