

**James B. Glucksman**
Of Counsel
Phone:  914.381.7400
Fax:  914.381.7406
rrattet@rattetlaw.com

September 11, 2018

Hon. Robert E. Grossman
U.S. Bankruptcy Court
Alfonse M D'Amato US Courthouse,
560 Federal Plaza
Central Islip, NY 11722-4456

    Re:    <u>In re:  Vincent Dicanio Qualified Personal Residence Trust –
                  Case No. 17-77690 (REG)</u>

Honorable Judge:

I am writing to withdraw with prejudice the following matters, now on the September 12, 2018 calendar:

a) Motion to Approve Disclosure Statement and related filings (ECF Docket Nos. 16, 17, 26 and 27)

b) Motion for Sale of Property under Sec. 363(b) Located at 1 Pine Point, Nissequogue, New York (ECF Docket No. 35); and

c) Motion to Authorize/Direct Appointment of Classic Realty, Inc. as Real Estate Broker (ECF Docket No. 36)



Hon. Robert E. Grossman
U.S. Bankruptcy Court
September 11, 2018
Page 2

If you have any comments and/or questions, or require a Chambers Copy of an unmarked Disclosure Statement please contact the undersigned.

                                              Very truly yours,

                                              /s/ James B. Glucksman

JBG

cc:      Stanley Yang, Esq.
           **Via Email** [stan.y.yang@usdoj.gov]

           Jonathan Schwalb, Esq.
           Attorney for Pennymac
           **Via Email to bankruptcy@feinsuch.com**

           Frank C Dell'Amore, Esq.
           Attorney for People's United
           **Via Email to fdellamore@jaspanllp.com**